FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FERNANDO LUJAN, <br><br> Defendant. | Case No. 2:11-CR-01163-FMO <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

## I.

On September 17, 2020, Defendant Fernando Lujan ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:11-CR-01163-FMO. The Court appointed Carlos Juarez of the CJA Panel to represent Defendant.

///

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Limited bail resources
- History of failures to appear and warrants
- History of absconding
- Unemployed
- History of non-compliance with U.S. Probation Office
- Substance abuse history

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Substance abuse history
- History of physical violence and sex crimes
- New criminal conduct while on supervised release
- Nature of instant allegations

///
///
///
///

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: September 17, 2020

/s/<br>
MARIA A. AUDERO<br>
UNITED STATES MAGISTRATE JUDGE